1  Gary M. Messing (SBN 75363)
2  **CARROLL, BURDICK & MCDONOUGH, LLP**
   1007 7th Street, Suite 200
3  Sacramento, CA 95814
   Tel: (916) 446-5297
4  Fax: (916) 446-4487
   Email: gmessing@cbmlaw.com
5

6  Harry S. Stern (SBN 176854)
   Matthew George (SBN 239322)
7  Peter Hoffmann (SBN 254354)
   **RAINS LUCIA STERN, P.C.**
8  2300 Contra Costa Blvd., Suite 230
   Pleasant Hill, CA 94523
9  Tel:  (925) 609-1699
10 Fax:  (925) 609-1690
   Email: phoffmann@rlslawyers.com
11

12 William B. Aitchison (SBN 90642)
   **AITCHISON & VICK, INC.**
13 3021 NE Broadway
   Portland, OR 97232
14 Tel: (503) 282-6160
   Fax: (503) 282-5877
15 Email: will@aitchisonvick.com

16 Attorneys for Plaintiff
17 JUAN ESPINOZA, et. al.,

18
                    IN THE UNITED STATES DISTRICT COURT
19
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
20

21 | **JUAN ESPINOZA, PAUL** | ) | Case Number:  1:07-CV-01145-OWW-SMS |
   | **MARQUEZ, AARON EPPERLY** | ) | |
22 | **and ERIC SCHMIDT** | ) | **STIPULATION AND ORDER** |
   | | ) | **FOR DEADLINE TO FILE** |
23 | Plaintiff, | ) | **ADDITION CONSENT TO JOIN** |
   | | ) | **ACTION FORMS** |
24 | | ) | |
   | v. | ) | |
25 | | ) | |
   | **COUNTY OF FRESNO** | ) | |
26 | | ) | |
   | Defendant. | ) | |
27 | | ) | |
   | _____ | ) | |
28

                                  0

**STIPULATION AND [PROPOSED] ORDER FOR DEADLINE TO FILE ADDITION
CONSENT TO JOIN ACTION FORMS**

PDF created with pdfFactory trial version www.pdffactory.com

1  THE PARTIES HEREBY STIPULATE that the deadline for the Plaintiffs to file
2  additional Consent to Join Action forms shall be April 30, 2008.

5  Dated: April __, 2008                    **RAINS LUCIA STERN, P.C**

                                            _____
                                            By:   Peter Hoffmann
                                            Attorneys for Plaintiff JUAN ESPINOZA, PAUL
                                            MARQUEZ, AARON EPPERLY, ERIC
                                            SCHMIDT, and all similarly situated Plaintiffs

11 Dated: April __, 2008                    **MCCORMICK, BARSTOW, SHEPPARD, WAYTE &**
12                                          **CARRUTH LLP**

                                            _____
                                            By:   Michael G. Woods
                                            Attorneys for Defendant COUNTY OF FRESNO

   **IT IS SO ORDERED.**

18 Dated: April 10, 2008                    /s/ OLIVER W. WANGER
   _____
19                                          HONORABLE OLIVER W. WANGER

---

1

**STIPULATION AND [PROPOSED] ORDER FOR DEADLINE TO FILE ADDITION CONSENT TO JOIN ACTION FORMS**

PDF created with pdfFactory trial version www.pdffactory.com