1  Gary M. Messing (SBN 75363)
2  **CARROLL, BURDICK & MCDONOUGH, LLP**
   1007 7th Street, Suite 200
3  Sacramento, CA 95814
   Tel: (916) 446-5297
4  Fax: (916) 446-4487
   Email: gmessing@cbmlaw.com
5

6  Harry S. Stern (SBN 176854)
   Peter Hoffmann (SBN 254354)
7  **RAINS LUCIA STERN, PC**
   2300 Contra Costa Blvd., Suite 230
8  Pleasant Hill, CA 94523
   Tel: (925) 609-1699
9  Fax: (925) 609-1690
10 Email: phoffmann@rlslawyers.com

11 William B. Aitchison (SBN 90642)
   **AITCHISON & VICK, INC.**
12 3021 NE Broadway
13 Portland, OR 97232
   Tel: (503) 282-6160
14 Fax: (503) 282-5877
   Email: will@aitchisonvick.com
15

16 Attorneys for Plaintiff
   JUAN ESPINOZA, et al.
17

FILED
AUG 1 8 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

LODGED
AUG 1 5 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

18              IN THE UNITED STATES DISTRICT COURT

19              FOR THE EASTERN DISTRICT OF CALIFORNIA

20 JUAN ESPINOZA, PAUL           )   Case Number: 1:07-CV-01145-OWW-SMS
21 MARQUEZ, AARON EPPERLY        )
   and ERIC SCHMIDT              )
22                               )   **UNOPPOSED REQUEST TO**
                                 )   **PERMIT FILING OF CONSENT**
23             Plaintiff,        )   **TO JOIN ACTION**
                                 )
24 v.                            )
                                 )
25 **COUNTY OF FRESNO**          )
                                 )
26             Defendant.        )
                                 )
27 _____  )

28

1

UNOPPOSED REQUEST TO PERMIT FILING OF CONSENT TO JOIN ACTION

Plaintiffs respectfully submit the following Unopposed Request to Permit Filing of Consent to Join Action. As grounds therefore, it is stated as follows:

1. On April 10, 2008, pursuant to a stipulation signed by counsel for the parties, this Court ordered a deadline to file additional consent to join action forms. The deadline set by the Court and agreed to by the parties was April 30, 2008.

2. After receiving notice of the Court's order, counsel for the Plaintiffs, with the assistance of the Fresno Deputy Sheriffs' Association, attempted to notify each potential Plaintiff of the April 30, 2008 filing deadline.

3. Although Plaintiffs' counsel and the Fresno Deputy Sheriffs' Association made every effort to inform potential Plaintiffs of this lawsuit prior to the April 30, 2008 filing deadline, Deputy David Horne was in the process of moving when notification was issued to his home address. Although Deputy Horne filed a change of address form with the U.S. Postal Service to have his mail forwarded to his new address, he did not receive his copy of the notice.

4. Since that time, Deputy Horne has learned of the present litigation as well as the expired deadline to file his consent. Nonetheless, Deputy Horne has advised Plaintiffs' counsel of his desire to join in this matter as a consenting Plaintiff.

5. In light of these circumstances, on August 12, 2008, counsel for Plaintiffs wrote to Defense counsel advising of the situation and requesting that Defendant allow Deputy Horne to join the present litigation despite having missed the April 30, 2008 deadline. In light of the fact that Deputy Horne has not waived his rights under the FLSA, allowing Deputy Horne to join this collective action may save the County the time and expense of defending an additional lawsuit pertaining to the common issues and facts present here.

6. On August 13, 2008, counsel for the Defendant replied to Plaintiffs' request, informing Plaintiffs' counsel that Defendant would not oppose the filing of Deputy Horne's consent form.

///

1  For the reasons set forth above, Plaintiffs, without objection from Defendant,
2  respectfully request that this Court permit the late filing of Deputy David Horne's consent to
3  join action form.

5  Dated: August 14, 2008                    **RAINS LUCIA STERN, PC**

                                             _____
                                             By:    Peter A. Hoffmann
                                             Attorneys for Plaintiff JUAN ESPINOZA, PAUL
                                             MARQUEZ, AARON EPPERLY, ERIC
                                             SCHMIDT, and all similarly situated Plaintiffs

12  IT IS SO ORDERED:
13     Plaintiffs are granted leave to file the consent to join form on behalf of Deputy David
14  Horne past the April 30, 2008 deadline.

17  Dated: August 15, 2008                    _____
18                                             Honorable Oliver W. Wanger

3

UNOPPOSED REQUEST TO PERMIT FILING OF CONSENT TO JOIN ACTION