Michael G. Woods, # 058683-0         (SPACE BELOW FOR FILING STAMP ONLY)
William H. Littlewood, # 202877
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant COUNTY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JUAN ESPINOZA, PAUL MARQUEZ, AARON EPPERLY and ERIC SCHMIDT,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO,<br><br>Defendant. | Case No.  1:07-CV-01145-OWW-SMS<br><br>**STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER; ORDER THEREON** |

WHEREAS, Plaintiffs in their representative capacities and on behalf of all individuals similarly situated (collectively "Plaintiffs") and Defendant COUNTY OF FRESNO ("Defendant") submitted a Mandatory Joint Scheduling conference Statement to the Court and the Court, by Scheduling Conference Order filed November 30, 2007, established a schedule and trial date for the case;

WHEREAS, the Parties, despite reasonable diligence, have encountered delays in the scheduling and completion of depositions of County witnesses and Plaintiffs' expert witnesses;

WHEREAS, the Parties continue to meet and confer relative to certain discovery disputes concerning Plaintiffs' written discovery requests;

WHEREAS, the current state of discovery, when coupled with the approaching

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER; [PROPOSED] ORDER THEREON,
NO. 1:07-CV-01145-OWW-SMS

holidays, will make it impossible for the Parties to meet the current case schedule set forth in the initial scheduling order;

WHEREAS, the Parties have met and conferred to identify the first mutually available trial date allowing sufficient time to accommodate the 21 day trial length estimate in this matter;

WHEREAS, the Parties have agreed to extend the schedule set forth in the Scheduling Order, subject to this Court's approval, as set forth below:

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their respective counsel of record, and they each request the Court to enter an Order amending the current and operative Scheduling Conference Order to adjust the schedule in the case as follows:

1. That the discovery cut-off shall be extended from December 17, 2008 to March 31, 2009;

2. That the non-dispositive motion filing deadline shall be extended from January 2, 2009 to April 17, 2009;

3. That the dispositive motion filing deadline shall be extended from January 15, 2009 to May 1, 2009;

4. That the due date for Confidential Settlement Conference Statement shall be extended to May 6, 2009;

5. That the Settlement Conference date be scheduled for May 13, 2009, or as soon thereafter as the matter may be set;

6. That the Hearing on non-dispositive motions shall be extended from February 2, 2009 to May 18, 2009;

7. That the Hearing on dispositive motions shall be extended from February 16, 2009 to June 1, 2009;

8. That the due date for Joint Pre-Trial Conference Statement shall be extended to June 22, 2009;

9. That the Pre-Trial Conference shall be extended from March 16, 2009 to

2

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER; [PROPOSED] ORDER THEREON,
NO. 1:07-CV-01145-OWW-SMS

June 29, 2009, or as soon thereafter as the matter may be heard; and

      10.    That the trial shall be extended from April 21, 2009 to August 4, 2009.

Dated: December 10, 2008            McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:    /s/ William H. Littlewood
Michael G. Woods
William H. Littlewood
Attorneys for Defendant COUNTY OF FRESNO

Dated: December 10, 2008            RAINS LUCIA STERN, PC

By:    /s/ Peter A. Hoffmann
Peter A. Hoffmann
Attorneys for Plaintiffs JUAN ESPINOZA, PAUL MARQUEZ, AARON EPPERLY and ERIC SCHMIDT

Dated: December 10, 2008            CARROLL, BURDICK & McDONOUGH, LLP

By:    /s/ Gary M. Messing
Gary M. Messing
Attorneys for Plaintiffs JUAN ESPINOZA, PAUL MARQUEZ, AARON EPPERLY and ERIC SCHMIDT

Dated: December 10, 2008            AITCHISON & VICK, INC.

By:    /s/ William B. Aitchison
William B. Aitchison
Attorneys for Plaintiffs JUAN ESPINOZA, PAUL MARQUEZ, AARON EPPERLY and ERIC SCHMIDT

# ORDER

The Parties having so stipulated and agreed, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. That the discovery cut-off shall be extended from December 17, 2008 to March 31, 2009;

2. That the non-dispositive motion filing deadline shall be extended from January 2, 2009 to April 17, 2009;

3. That the dispositive motion filing deadline shall be extended from January 15, 2009 to May 1, 2009;

4. That the due date for Confidential Settlement Conference Statement shall be extended to May 6, 2009;

5. That the Settlement Conference date is scheduled for May 13, 2009;

6. That the Hearing on non-dispositive motions shall be extended from February 2, 2009 to May 15, 2009;

7. That the Hearing on dispositive motions shall be extended from February 16, 2009 to June 1, 2009;

8. That the due date for Joint Pre-Trial Conference Statement shall be extended to June 22, 2009;

9. That the Pre-Trial Conference shall be extended from March 16, 2009 to June 29, 2009; and

10. That the trial shall be continued from April 21, 2009 to August 4, 2009.

Dated: December 11, 2009        /s/ OLIVER W. WANGER
                                Oliver W. Wanger
                                United States District Court Judge

29253/00163-1333014.v1
1334107.v1

4