Gary M. Messing (SBN 75363)
**CARROLL, BURDICK & MCDONOUGH, LLP**
1007 7th Street, Suite 200
Sacramento, CA 95814
Tel: (916) 446-5297
Fax: (916) 446-4487
Email: gmessing@cbmlaw.com

Harry S. Stern (SBN 176854)
Peter A. Hoffmann (SBN 254354)
**RAINS LUCIA STERN, PC**
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690
Email: phoffmann@rlslawyers.com

William B. Aitchison (SBN 90642)
**AITCHISON & VICK, INC.**
3021 NE Broadway
Portland, OR 97232
Tel: (503) 282-6160
Fax: (503) 282-5877
Email: will@aitchisonvick.com

Attorneys for Plaintiff
JUAN ESPINOZA, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JUAN ESPINOZA, PAUL MARQUEZ, AARON EPPERLY and ERIC SCHMIDT,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO,<br><br>Defendant. | Case No. 1:07-CV-01145-OWW-SMS<br><br>**STIPULATION TO AMEND TRIAL SCHEDULE; ORDER THEREON** |

STIPULATION TO AMEND TRIAL SCHEDULE; [PROPOSED] ORDER THEREON,

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Plaintiffs in their representative capacities and on behalf of all individuals similarly situated (collectively "Plaintiffs") and Defendant COUNTY OF FRESNO ("Defendant") submitted a Mandatory Joint Scheduling conference Statement to the Court and the Court, by Scheduling Conference Order filed November 30, 2007, established a schedule and trial date for the case;

WHEREAS, on December 10, 2008 the Parties, by and through their respective counsel of record, requested the Court enter an order amending the initial Scheduling Conference Order;

WHEREAS, on December 15, 2008 the Court ordered a continuance of the trial schedule as requested by the parties;

WHEREAS, the Parties have completed numerous depositions, have calendared the depositions of several other witnesses, and continue to work diligently in scheduling the remaining depositions;

WHEREAS, the current state of discovery makes it impossible for the Parties to complete discovery in the time provided in the Amended Scheduling Conference Order;

WHEREAS, the Parties' respective trial counsel wish to keep the trial date of August 4, 2009;

WHEREAS, the Parties wish to maintain the current trial date and all other dates not specifically addressed in this stipulation; but have agreed to extend certain deadlines set forth in the Scheduling Order, subject to this Court's approval, as set forth below:

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their respective counsel of record, and they each request the Court to enter an Order amending the current and operative Scheduling Conference Order to adjust the schedule in the case as follows:

1. That the discovery cut-off shall be extended from March 31, 2009 to May 1, 2009;

2. That the non-dispositive motion-filing deadline shall be extended from April 17, 2009 to May 15, 2009;

PDF created with pdfFactory trial version www.pdffactory.com

3. That the Hearing on non-dispositive motions shall be extended from May 18, 2009 to June 15, 2009, or as soon thereafter as the matter may be heard.

Dated: March 25, 2008  McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:_____
Michael G. Woods
William H. Littlewood
Attorneys for Defendant COUNTY OF FRESNO

Dated: March 25, 2008  RAINS LUCIA STERN, PC

By:_____
Peter A. Hoffmann
Attorneys for Plaintiffs JUAN ESPINOZA, PAUL MARQUEZ, AARON EPPERLY and ERIC SCHMIDT

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

The Parties having so stipulated and agreed, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. That the discovery cut-off shall be extended from March 31, 2009 to May 1, 2009;

2. That the non-dispositive motion-filing deadline shall be extended from April 17, 2009 to May 15, 2009;

3. That the Hearing on non-dispositive motions shall be extended from May 18, 2009 to June 15, 2009, or as soon thereafter as the matter may be heard.

Dated:  March 30, 2009 /s/ OLIVER W. WANGER
Oliver W. Wanger
United States District Court Judge

4

STIPULATION TO AMEND TRIAL SCHEDULE; [PROPOSED] ORDER THEREON,

PDF created with pdfFactory trial version www.pdffactory.com