Gary M. Messing, No. 075363
James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
1007 7th Street, Suite 200
Sacramento, CA 95814
Telephone: 916.446.5297
Facsimile: 916.446.4487
Email: gmessing@cbmlaw.com
jhenderson@cbmlaw.com

Harry S. Stern, No. 176854
Peter Hoffmann, No. 254354
RAINS LUCIA STERN, PC
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Telephone: (925) 609-1699
Facsimile: (925) 609-1690
Email: phoffmann@rlslawyers.com

William B. Aitchison, No. 90642
AITCHISON & VICK, INC.
3021 NE Broadway
Portland, OR 97232
Telephone: (503) 282-6160
Facsimile: (503) 282-5877
Email: will@aitchisonvick.com

Attorneys for Plaintiffs, JUAN ESPINOZA, PAUL MARQUEZ, AARON EPPERLY and ERIC SCHMIDT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESPINOZA, PAUL MARQUEZ, AARON EPPERLY and ERIC SCHMIDT,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF FRESNO,<br><br>        Defendant. | Case No. 1:07-CV-01145-OWW-SMS<br><br>**STIPULATION REGARDING SUPPLEMENTAL STATUS /SCHEDULING CONFERENCE**<br><br>DATE: SEPTEMBER 29, 2010<br>TIME: 8:15AM |

It is hereby stipulated by the parties through their respective attorneys of record

that this matter may be set for a Supplemental Status/Scheduling Conference to be heard

CBM-SAC\SA086820.3

**STIPULATION REGARDING SUPPLEMENTAL STATUS / SCHEDULING CONFERENCE**

1  at 8:15 a.m., September 29, 2010 before the honorable Judge Oliver W. Wanger.  If they
2  so desire, counsel can appear by telephone for this hearing; however counsel shall provide
3  notice to the Clerk of the Court if they intend to do so.

I hereby agree to the terms of the above Stipulation.

Dated: September 8, 2010     **CARROLL, BURDICK & MCDONOUGH, LLP**

By:     /s/ James W. Henderson, Jr.
James W. Henderson, Jr.
Attorneys for Plaintiffs Juan Espinoza, Paul Marquez, Aaron Epperly and Eric Schmidt

I hereby agree to the terms of the above Stipulation.

Dated: September 8, 2010     **MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH**

By:     /s/ Michael G. Woods
Michael G. Woods
Attorneys for Defendant

IT IS SO ORDERED.

Dated:  **September 10, 2010**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

CBM-SAC\SA086820.3                   -2-

**STIPULATION AND ORDER REGARDING SUPPLEMENTAL STATUS / SCHEDULING CONFERENCE**