1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9  JUAN ESPINOZA, JAMES FOSTER      )    1:07-cv-1145 OWW SMS
   WOMBLE, PAUL MARQUEZ, AARON      )
10 EPPERLY and ERIC SCHMIDT,        )    SUPPLEMENTAL SCHEDULING
                                    )    CONFERENCE ORDER
11            Plaintiffs,           )
                                    )    New Dispositive Motions
12      v.                          )    Filing Deadline:  12/20/10
                                    )
13 COUNTY OF FRESNO,                )    Response to New Dispositive
                                    )    Motions:  2/15/11
14            Defendant.            )
                                    )    Reply to New Dispositive
15 _____ )    Motions:  3/1/11

16                                       Hearing Date:  3/28/11
                                         10:00 Ctrm. 3
17

18

19      The parties agree that the following schedule shall be

20 adopted for the filing of new dispositive motions by the

21 Plaintiff and briefing on issues pending on Defendant's current

22 motion.

23      Plaintiff shall file any additional motions and supplemental

24 authorities, not to exceed seven pages, on the pending issues

25 raised by Defendant's dispositive motion, on or before December

26 20, 2010.

27      Defendant's response to any new dispositive motions and its

28 supplemental authorities on the pending motion, not to exceed

                                 1

1   seven pages, shall be filed on or before February 15, 2011.

2       Plaintiffs' reply to the new dispositive motions shall be

3   filed on or before March 1, 2011.

4       The hearing on the motions is March 28, 2011, at 10:00 a.m.

5   in Courtroom 3.

6

7   IT IS SO ORDERED.

8   Dated:    September 29, 2010                    /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28