1  Gary M. Messing, No. 075363
James W. Henderson, Jr., No. 071170
2  **CARROLL, BURDICK & McDONOUGH** LLP
Attorneys at Law
3  1007 7th Street, Suite 200
Sacramento, CA  95814
4  Telephone:      916.446.5297
Facsimile:      916.446.4487
5  Email:          gmessing@cbmlaw.com
                jhenderson@cbmlaw.com
6
Harry S. Stern, No. 176854
7  Peter Hoffmann, No. 254354
RAINS LUCIA STERN, PC
8  2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA  94523
9  Telephone:      (925) 609-1699
Facsimile:      (925) 609-1690
10  Email:          phoffmann@rlslawyers.com

11  William B. Aitchison, No. 90642
AITCHISON & VICK, INC.
12  3021 NE Broadway
Portland, OR  97232
13  Telephone:      (503) 282-6160
Facsimile:      (503) 282-5877
14  Email:          will@aitchisonvick.com

15  Attorneys for Plaintiffs, JUAN ESPINOZA, PAUL
MARQUEZ, AARON EPPERLY and ERIC SCHMIDT
16

17              IN THE UNITED STATES DISTRICT COURT

18            FOR THE EASTERN DISTRICT OF CALIFORNIA

19

20  JUAN ESPINOZA, PAUL MARQUEZ,          Case No.  1:07-CV-01145-OWW-SMS
    AARON EPPERLY and ERIC
21  SCHMIDT,                              **ORDER AMENDING**
                                          **SUPPLEMENTAL SCHEDULING**
22              Plaintiffs,               **CONFERENCE ORDER**

23          v.

24  COUNTY OF FRESNO,

25              Defendant.

26

27          The parties having so stipulated and good cause appearing therefore, the Court

28  hereby amends the Supplemental Scheduling Conference Order of September 30, 2010 to

CBM-SAC\SA089623.2

**ORDER AMENDING SUPPLEMENTAL SCHEDULING CONFERENCE ORDER**

1  provide that the date upon which the plaintiffs shall file any additional dispositive motions

2  and supplemental authorities not to exceed seven (7) pages on the pending issues raised by

3  Defendant's dispositive motion shall be extended from December 20, 2010 to on or before

4  January 3, 2010, and Defendant's response to any new dispositive motions and

5  supplemental authorities on the pending motion, not to exceed seven pages, shall be filed

6  on or before February 22, 2011.  The Supplemental Scheduling Conference Order will

7  remain in effect as to all other provisions.

8

9

10

11
    IT IS SO ORDERED.
12
        Dated:    **December 10, 2010**              **/s/ Oliver W. Wanger**
13                                                   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CBM-SAC\SA089623.2                        -2-

**ORDER AMENDING SUPPLEMENTAL SCHEDULING CONFERENCE ORDER**