1  Gary M. Messing, No. 075363
   James W. Henderson, Jr., No. 071170
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  1007 7th Street, Suite 200
   Sacramento, CA  95814
4  Telephone:    916.446.5297
   Facsimile:    916.446.4487
5  Email:        gmessing@cbmlaw.com
                 jhenderson@cbmlaw.com
6
   William B. Aitchison, No. 90642
7  AITCHISON & VICK, INC.
   3021 NE Broadway
8  Portland, OR  97232
   Telephone:    (503) 282-6160
9  Facsimile:    (503) 282-5877
   Email:        will@aitchisonvick.com
10
   Attorneys for Plaintiffs, JUAN ESPINOZA, PAUL
11 MARQUEZ, AARON EPPERLY and ERIC SCHMIDT

12              IN THE UNITED STATES DISTRICT COURT

13             FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 JUAN ESPINOZA, PAUL MARQUEZ,        Case No.  1:07-CV-01145-OWW-SMS
   AARON EPPERLY and ERIC
16 SCHMIDT,                            **ORDER AMENDING**
                                       **SUPPLEMENTAL SCHEDULING**
17              Plaintiffs,            **CONFERENCE ORDER**

18      v.                             **DATE: MARCH 28, 2011**
                                       **TIME: 10:00 A.M.**
19 COUNTY OF FRESNO,                   **COURTROOM: 3**
                                       **TRIAL DATE: TBA**
20              Defendant.

21

22

23       The parties having so stipulated and good cause appearing therefore, hearings

24 on the Motions for Summary Judgment and Summary Adjudication of Issues by Plaintiffs

25 and Defendant are hereby continued from March 28, 2011 at 10:00 a.m. to April 18, 2011

26 at 10:00 a.m.

27

28

CBM-SAC\SA091077                      1

1

2   IT IS SO ORDERED.

3      Dated:   **March 9, 2011**                    **/s/ Oliver W. Wanger**

4                                                    UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28