Gary M. Messing, No. 075363
James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
1007 7th Street, Suite 200
Sacramento, CA  95814
Telephone:    916.446.5297
Facsimile:    916.446.4487
Email:        gmessing@cbmlaw.com
              jhenderson@cbmlaw.com

William B. Aitchison, No. 90642
AITCHISON & VICK, INC.
3021 NE Broadway
Portland, OR  97232
Telephone:    (503) 282-6160
Facsimile:    (503) 282-5877
Email:        will@aitchisonvick.com

Attorneys for Plaintiffs, JUAN ESPINOZA, PAUL MARQUEZ, AARON EPPERLY and ERIC SCHMIDT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESPINOZA, PAUL MARQUEZ, AARON EPPERLY and ERIC SCHMIDT,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO,<br><br>Defendant. | Case No.  1:07-CV-01145-OWW-SMS<br><br>**ORDER AMENDING SUPPLEMENTAL SCHEDULING CONFERENCE ORDER**<br><br>**DATE: APRIL 18, 2011<br>TIME: 10:00 A.M.<br>COURTROOM: 3<br>TRIAL DATE: TBA** |

The parties having so stipulated and good cause appearing therefore, hearings on the Motions for Summary Judgment and Summary Adjudication of Issues by Plaintiffs and Defendant are hereby continued from April 18, 2011 at 10:00 a.m. to June 6, 2011 at 10:00 a.m.

CBM-SAC\SA091685.2           1

**ORDER AMENDING SUPPLEMENTAL SCHEDULING CONFERENCE ORDER**

IT IS SO ORDERED.

Dated: **April 12, 2011**          **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE