Gary M. Messing, No. 075363
James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
980 9th Street Suite, 380
Sacramento, CA  95814
Telephone:  916.446.5297
Facsimile:   916.448.5047
Email:         gmessing@cbmlaw.com
                   jhenderson@cbmlaw.com

William B. Aitchison, No. 90642
AITCHISON & VICK, INC.
3021 NE Broadway
Portland, OR  97232
Telephone:   (503) 282-6160
Facsimile:    (503) 282-5877
Email:          will@aitchisonvick.com

Attorneys for Plaintiffs, JUAN ESPINOZA, PAUL MARQUEZ, AARON EPPERLY and ERIC SCHMIDT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESPINOZA, PAUL MARQUEZ, AARON EPPERLY and ERIC SCHMIDT,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO,<br><br>Defendant. | Case No.  1:07-CV-01145-OWW-SMS<br><br>**STIPULATION AND ORDER TOLLING STATUTES OF LIMITATION FOR FILING ACTIONS** |

WHEREAS, on March 25, 2013 this Court issued an Order granting Defendant's Motion for Decertification of Collective Action; and

WHEREAS, pursuant to that Order the Court ordered that, with the exception of the four lead ("named") Plaintiffs in the action all other Plaintiffs' claims were severed from the action and dismissed without prejudice subject to each Plaintiff filing a separate action for his or her claims; and

WHEREAS, the Order has the effect of severing and dismissing the claims of over 200 Plaintiffs; and

WHEREAS, the Court tolled any applicable statutes of limitation for thirty (30) days after the date of entry of the Order; and

WHEREAS, to facilitate ability of the Plaintiffs to timely file individual actions pursuant to the terms of that Order it is hereby stipulated and agreed to by the parties as follows:

1. That any applicable statutes of limitation relating to the filing of the separate actions by the dismissed Plaintiffs as described in the Court's March 25, 2013 Order granting Defendant's Motion for Decertification of Collective Action, be and are extended from thirty (30) to sixty (60) days from date of entry of the Order (March 25, 2013).

I hereby agree to the terms of the above Stipulation.

Dated: April 11, 2013         **CARROLL, BURDICK & MCDONOUGH, LLP**

By:    /s/ James W. Henderson, Jr.
James W. Henderson, Jr.
Attorneys for Plaintiffs Juan Espinoza, Paul Marquez, Aaron Expertly and Eric Schmidt

I hereby agree to the terms of the above Stipulation.

Dated: April 11, 2013         **MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH**

By:    /s/ Michael G. Woods
(as authorized on April 11, 2013)
Michael G. Woods
Attorneys for Defendant

# **ORDER**

The parties having stipulated, it is ordered that any applicable statutes of limitation relating to the filing of individual actions by the opt-in Plaintiffs pursuant to the Court's Order granting Defendant's Motion for Decertification of Collective Action dated March 25, 2013 are hereby tolled for sixty (60) days from the date of entry of that Order.

Dated: 4/16/2013

/s/ SANDRA M. SNYDER
United States Magistrate Judge