1   Gary M. Messing, No. 075363
    James W. Henderson, Jr., No. 071170
2   **CARROLL, BURDICK & McDONOUGH LLP**
    Attorneys at Law
3   980 9th Street Suite, 380
    Sacramento, CA  95814
4   Telephone:     916.446.5297
    Facsimile:     916.448.5047
5   Email:         gmessing@cbmlaw.com
                   jhenderson@cbmlaw.com
6
7   William B. Aitchison, No. 90642
    AITCHISON & VICK, INC.
8   3021 NE Broadway
    Portland, OR  97232
    Telephone:     (503) 282-6160
9   Facsimile:     (503) 282-5877
    Email:         will@aitchisonvick.com
10
    Attorneys for Plaintiffs, JUAN ESPINOZA, PAUL
11  MARQUEZ, AARON EPPERLY and ERIC SCHMIDT

12
                IN THE UNITED STATES DISTRICT COURT
13
              FOR THE EASTERN DISTRICT OF CALIFORNIA
14

15
    JUAN ESPINOZA, PAUL MARQUEZ,        Case No.  1:07-CV-01145-OWW-SMS
16  AARON EPPERLY and ERIC
    SCHMIDT,                            **SECOND STIPULATION AND ORDER**
17                                      **TOLLING STATUTES OF LIMITATION FOR**
                Plaintiffs,             **FILING ACTIONS**
18
         v.
19
    COUNTY OF FRESNO,
20
                Defendant.
21

22          WHEREAS, on March 25, 2013 this Court issued an Order granting

23  Defendant's Motion for Decertification of Collective Action; and

24          WHEREAS, pursuant to that Order the Court ordered that, with the exception

25  of the four lead ("named") Plaintiffs in the action all other Plaintiffs' claims were severed

26  from the action and dismissed without prejudice subject to each Plaintiff filing a separate

27  action for his or her claims; and

28

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

CBM-SAC\SA101904.2                              - 1 -

SECOND STIPULATION AND ORDER TOLLING STATUTES OF LIMITATION FOR FILING ACTIONS

1    WHEREAS, the Order has the effect of severing and dismissing the claims of

2    over 200 Plaintiffs; and

3    WHEREAS, the Parties previously stipulated that the statutes of limitation be

4    tolled for an additional thirty (30) days after the date of entry of the Order; and

5    WHEREAS, despite efforts by US Mail, Certified Mail, return receipt

6    requested, email and telephone, Plaintiffs' counsel have still not heard from all of the opt-

7    in Plaintiffs as to whether they wish to proceed by separate actions, and

8    WHEREAS, in order to facilitate the efforts of Plaintiffs' counsel to contact

9    their clients and ascertain their wishes with respect to filing of new actions, it is hereby

10   stipulated and agreed to by the parties as follows:

11   1.    That any applicable statutes of limitation relating to the filing of the

12   separate actions by the dismissed Plaintiffs as described in the Court's March 25, 2013

13   Order granting Defendant's Motion for Decertification of Collective Action, be and are

14   extended from the date of entry of the Order (March 25, 2013) to June 14, 2013 provided

15   however, that this stipulation shall apply only to the dismissed Plaintiffs identified in

16   Exhibit A attached hereto who have not as of the date of this Stipulation confirmed

17   whether they wish to have a new action filed on their behalf.

18   I hereby agree to the terms of the above Stipulation.

19   Dated: May 16, 2013            **CARROLL, BURDICK & MCDONOUGH, LLP**

20

21                                  By:      /s/ James W. Henderson, Jr.

22                                          James W. Henderson, Jr.
                                            Attorneys for Plaintiffs Juan Espinoza, Paul

23                                          Marquez, Aaron Expertly and Eric Schmidt

24

25

26   //

27   //

28   //

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

CBM-SAC\SA101904.2                          - 2 -

STIPULATION AND ORDER TOLLING STATUTES OF LIMITATION FOR FILING ACTIONS

1    I hereby agree to the terms of the above Stipulation.

2    Dated: May 16, 2013                 **MCCORMICK, BARSTOW, SHEPPARD,**
3                                        **WAYTE & CARRUTH**

4

5                                        By:        /s/ Michael G. Woods
                                                (as authorized on May 16, 2013)
6                                                Michael G. Woods
7                                                Attorneys for Defendant

8

9                                        **ORDER**

10           The parties having stipulated, it is ordered that any applicable statutes of

11   limitation relating to the filing of individual actions by the dismissed opt-in Plaintiffs

12   identified on Exhibit A to Docket Entry 185 (STIPULATION and PROPOSED ORDER)

13   pursuant to the Court's Order granting Defendant's Motion for Decertification of

14   Collective Action dated March 25, 2013 are hereby tolled from the date of that Order to

15   June 14, 2013.

16

17   Dated:  5/21/2013

18

19                                       /s/ SANDRA M. SNYDER

20                                       United States Magistrate Judge

21

22

23

24

25

26

27

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

CBM-SAC\SA101904.2                        - 3 -

**STIPULATION AND ORDER TOLLING STATUTES OF LIMITATION FOR FILING ACTIONS**