Gary M. Messing, No. 075363
James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
980 9th Street Suite, 380
Sacramento, CA  95814
Telephone:   916.446.5297
Facsimile:    916.448.5047
Email:          gmessing@cbmlaw.com
                    jhenderson@cbmlaw.com

William B. Aitchison, No. 90642
AITCHISON & VICK, INC.
3021 NE Broadway
Portland, OR  97232
Telephone:   (503) 282-6160
Facsimile:    (503) 282-5877
Email:          will@aitchisonvick.com

Attorneys for Plaintiffs, JUAN ESPINOZA, PAUL MARQUEZ, AARON EPPERLY and ERIC SCHMIDT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESPINOZA, PAUL MARQUEZ, AARON EPPERLY and ERIC SCHMIDT,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO,<br><br>Defendant. | Case No.  1:07-CV-01145-OWW-SMS<br><br>**SECOND STIPULATION AND ORDER TOLLING STATUTES OF LIMITATION FOR FILING ACTIONS** |

WHEREAS, on March 25, 2013 this Court issued an Order granting Defendant's Motion for Decertification of Collective Action; and

WHEREAS, pursuant to that Order the Court ordered that, with the exception of the four lead ("named") Plaintiffs in the action all other Plaintiffs' claims were severed from the action and dismissed without prejudice subject to each Plaintiff filing a separate action for his or her claims; and

WHEREAS, the Order has the effect of severing and dismissing the claims of over 200 Plaintiffs; and

WHEREAS, the Parties previously stipulated that the statutes of limitation be tolled for an additional thirty (30) days after the date of entry of the Order; and

WHEREAS, despite efforts by US Mail, Certified Mail, return receipt requested, email and telephone, Plaintiffs' counsel have still not heard from all of the opt-in Plaintiffs as to whether they wish to proceed by separate actions, and

WHEREAS, in order to facilitate the efforts of Plaintiffs' counsel to contact their clients and ascertain their wishes with respect to filing of new actions, it is hereby stipulated and agreed to by the parties as follows:

1. That any applicable statutes of limitation relating to the filing of the separate actions by the dismissed Plaintiffs as described in the Court's March 25, 2013 Order granting Defendant's Motion for Decertification of Collective Action, be and are extended from the date of entry of the Order (March 25, 2013) to June 14, 2013 provided however, that this stipulation shall apply only to the dismissed Plaintiffs identified in Exhibit A attached hereto who have not as of the date of this Stipulation confirmed whether they wish to have a new action filed on their behalf.

I hereby agree to the terms of the above Stipulation.

Dated: May 16, 2013            **CARROLL, BURDICK & MCDONOUGH, LLP**

By:      /s/ James W. Henderson, Jr.
         James W. Henderson, Jr.
         Attorneys for Plaintiffs Juan Espinoza, Paul
         Marquez, Aaron Expertly and Eric Schmidt

//

//

//

1  I hereby agree to the terms of the above Stipulation.

2  Dated: May 16, 2013          **MCCORMICK, BARSTOW, SHEPPARD,**
3                               **WAYTE & CARRUTH**

4

5                     By:       /s/ Michael G. Woods
                              (as authorized on May 16, 2013)
6                                Michael G. Woods
                               Attorneys for Defendant
7

8

9                              **ORDER**

10       The parties having stipulated, it is ordered that any applicable statutes of

11  limitation relating to the filing of individual actions by the dismissed opt-in Plaintiffs

12  identified on Exhibit A to Docket Entry 185 (STIPULATION and PROPOSED ORDER)

13  pursuant to the Court's Order granting Defendant's Motion for Decertification of

14  Collective Action dated March 25, 2013 are hereby tolled from the date of that Order to

15  June 14, 2013.

16

17  Dated:  5/21/2013

18

19                                    /s/ SANDRA M. SNYDER
20                                    United States Magistrate Judge

CBM-SAC\SA101904.2           - 3 -

**STIPULATION AND ORDER TOLLING STATUTES OF LIMITATION FOR FILING ACTIONS**