Gary M. Messing, No. 075363
James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
980 9th Street Suite, 380
Sacramento, CA  95814
Telephone:   916.446.5297
Facsimile:   916.448.5047
Email:       gmessing@cbmlaw.com
             jhenderson@cbmlaw.com

William B. Aitchison, No. 90642
AITCHISON & VICK, INC.
3021 NE Broadway
Portland, OR  97232
Telephone:   (503) 282-6160
Facsimile:   (503) 282-5877
Email:       will@aitchisonvick.com

Attorneys for Plaintiffs, JUAN ESPINOZA, PAUL MARQUEZ, AARON EPPERLY and ERIC SCHMIDT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESPINOZA, PAUL MARQUEZ, AARON EPPERLY and ERIC SCHMIDT,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO,<br><br>Defendant. | Case No.  1:07-CV-01145-OWW-SMS<br><br>**THIRD STIPULATION AND ORDER TOLLING STATUTES OF LIMITATION FOR FILING ACTIONS** |

WHEREAS, on March 25, 2013 this Court issued an Order granting Defendant's Motion for Decertification of Collective Action; and

WHEREAS, pursuant to that Order the Court ordered that, with the exception of the four lead ("named") Plaintiffs in the action all other Plaintiffs' claims were severed from the action and dismissed without prejudice subject to each Plaintiff filing a separate action for his or her claims; and

1  WHEREAS, the Order has the effect of severing and dismissing the claims of
2  over 200 Plaintiffs; and
3  WHEREAS, the Parties previously stipulated that the statutes of limitation be
4  tolled for an additional fifty-one (51) days after the date of entry of the Order to June 14,
5  2013; and
6  WHEREAS, despite efforts by US Mail, Certified Mail, return receipt
7  requested, email and telephone, Plaintiffs' counsel have still not heard from all of the opt-
8  in Plaintiffs as to whether they wish to proceed by separate actions, and
9  WHEREAS, in order to facilitate the efforts of Plaintiffs' counsel to contact
10 their clients and ascertain their wishes with respect to filing of new actions, it is hereby
11 stipulated and agreed to by the parties as follows:
12  1.  That any applicable statutes of limitation relating to the filing of the
13 separate actions by the dismissed Plaintiffs as described in the Court's March 25, 2013
14 Order granting Defendant's Motion for Decertification of Collective Action, be and are
15 extended from the date of entry of the Order (March 25, 2013) to June 28, 2013 provided
16 however, that this stipulation shall apply only to the dismissed Plaintiffs identified in
17 Exhibit A attached hereto who have not as of the date of this Stipulation confirmed
18 whether they wish to have a new action filed on their behalf.
19 I hereby agree to the terms of the above Stipulation.
20 Dated: June 7, 2013                **CARROLL, BURDICK & MCDONOUGH, LLP**
21
22                                    By:    /s/ James W. Henderson, Jr.
23                                           James W. Henderson, Jr.
                                             Attorneys for Plaintiffs Juan Espinoza, Paul
24                                           Marquez, Aaron Expertly and Eric Schmidt
25
26
27 //
28 //

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

CBM-SAC\SA102192                                    - 2 -

**STIPULATION AND ORDER TOLLING STATUTES OF LIMITATION FOR FILING ACTIONS**

I hereby agree to the terms of the above Stipulation.

Dated: June 7, 2013          **MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH**

By:      /s/ William H. Littlewood
(as authorized on June 7, 2013)
Attorneys for Defendant

## ORDER

The parties having stipulated, it is ordered that any applicable statutes of limitation relating to the filing of individual actions by the dismissed opt-in Plaintiffs identified on Exhibit A hereto pursuant to the Court's Order granting Defendant's Motion for Decertification of Collective Action dated March 25, 2013 are hereby tolled from the date of that Order to June 28, 2013. The Court shall grant no further extension of time absent a "meet and confer" with the Court showing extreme good cause for an additional extension.

Dated:    6/13/2013              /s/ SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

## EXHIBIT A

| Name |
| --- |
| Alonzo, Victor |
| Alvarez, Randy |
| Barile, David |
| Bellefeuille, Phillip E. |
| Bolton, Douglas |
| Carey, Robert J. |
| Chandavong, Latana M. |
| Chatman, Dewayne |
| Clark, Michael |
| Cornell, Michael |
| Dau, Brian |
| Davis, Donna |
| Diaz, Jesus |
| Dixon, Anthony |
| Dull, William |
| Dutrow, Robert |
| Fierro, Ronald |
| Fuentez, Edangel |
| Garcia III, Pete |
| Gauthier, Sharla C. |
| Green, Glen L. |
| Greenwood, James |
| Harper, Frank |
| Harris, John |
| Harris, Chris |
| Harris, Mark |
| Herion, Austin |
| Hicks, Robert E. |
| Hillis, Brian |
| Horne, David A. |
| Jacobsen, Timothy |
| Jones, Michael W. |
| Kelly, Brenna |
| Kelzer, Alan C. |
| Lomeli, Jose |
| Loredo, Jaime R |
| Maldonado, Adam |
| Maldonado, Arthur |
| Marean, Robert |
| Martinez, Robert |
| McArthur, Sabrina Kay |
| MelKonian, Brian |

| Name |
| --- |
| Montgomery, Cory B. |
| Moua, Sher |
| Mullis, Jared |
| Nelson, Chris J. |
| Nulick, Michale |
| Olivas, Darrel J. |
| O'Neill, Walden |
| Paul, Yvette |
| Pino, Jon W |
| Pipkin, Lewis G. |
| Quinn, Sean |
| Richards, Josh |
| Rivera, Tim |
| Rodriguez, Carlos Anthony |
| Rodriguez, Ramiro |
| Royal, Jason |
| Sandhu, Gurjeet |
| Schmidt, Gary |
| Siemens, Greg |
| Sims, Jon |
| Snyder, Edward C. |
| Soto, Miguel |
| Souza, John D. |
| Tafoya, Steven |
| Taylor, Chad |
| Vallez, Johnny |
| Vang, Nick |
| Vincent, William |
| Wahlenmaier, Joel/Estate of Joel Wahlenmaier |
| Weibert, Dennis L. |
| Xiong, Neng |
| Xiong, Phia |
| Yang, Kong |