Gary M. Messing, Bar No. 075363
James W. Henderson, Jr., Bar No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
980 9th Street, Suite 380
Sacramento, California 95814
Telephone:   916.446.5297
Facsimile:   916.448.5047

Attorneys for Plaintiffs
JUAN ESPINOZA, PAUL MARQUEZ, AARON EPPERLY and ERIC SCHMIDT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JUAN ESPINOZA, PAUL MARQUEZ, AARON EPPERLY and ERIC SCHMIDT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO,<br><br>Defendant. | Case No. 1:07-CV-01145-GSA-JLT<br><br>**STIPULATION REGARDING DISMISSAL OF ACTION BY PLAINTIFF ERIC SCHMIDT; ORDER THEREON** |

IT IS HEREBY STIPULATED and agreed by Plaintiff Eric Schmidt and Defendant County of Fresno as follows:

1. That Eric Schmidt agrees to dismiss his claims asserted in the above-entitled action with prejudice as to Defendant County of Fresno; and

2. In exchange for the agreement of Plaintiff Schmidt to dismiss his claims, the County of Fresno agrees to waive any claims for attorney's fees and costs against Plaintiff Schmidt.

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

CBM-SAC\SA104603-1

STIPULATION REGARDING DISMISSAL OF ACTION BY PLAINTIFF ERIC SCHMIDT; ORDER THEREON

| | |
|---|---|
| Dated:  November 21, 2013 | CARROLL, BURDICK & McDONOUGH LLP |
| | |
| | By     /s/ James W. Henderson, Jr. |
| | James W. Henderson, Jr. |
| | Attorneys for Plaintiffs |
| | JUAN ESPINOZA, PAUL MARQUEZ, AARON EPPERLY and ERIC SCHMIDT |
| | |
| Dated:  November 21, 2013 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | |
| | By     /s/ Michael G. Woods |
| | Michael G. Woods |
| | Attorneys for Defendant |
| | COUNTY OF FRESNO |

**ORDER**

Pursuant to the above stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court orders that the claims alleged by Eric Schmidt in the above-entitled action are dismissed with prejudice.

IT IS SO ORDERED.

Dated:  **November 22, 2013**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE