1  Gary M. Messing, Bar No. 075363
   James W. Henderson, Jr., Bar No. 071170
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  980 9th Street, Suite 380
   Sacramento, California 95814
4  Telephone:  916.446.5297
   Facsimile:  916.448.5047
5
   Attorneys for Plaintiffs
6  JUAN ESPINOZA, PAUL MARQUEZ, AARON
   EPPERLY and ERIC SCHMIDT
7

8              UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| | |
|---|---|
| 11  JUAN ESPINOZA, PAUL MARQUEZ, AARON EPPERLY and ERIC SCHMIDT, | Case No. 1:07-CV-01145-GSA-JLT |
| 12           Plaintiff, | **STIPULATION REGARDING DISMISSAL OF ACTION BY PLAINTIFF ERIC SCHMIDT; ORDER THEREON** |
| 13       v. | |
| 14  COUNTY OF FRESNO, | |
| 15           Defendant. | |

17       IT IS HEREBY STIPULATED and agreed by Plaintiff Eric Schmidt and Defendant

18  County of Fresno as follows:

19       1.    That Eric Schmidt agrees to dismiss his claims asserted in the above-entitled action

20  with prejudice as to Defendant County of Fresno; and

21       2.    In exchange for the agreement of Plaintiff Schmidt to dismiss his claims, the

22  County of Fresno agrees to waive any claims for attorney's fees and costs against Plaintiff

23  Schmidt.

CBM-SAC\SA104603-1

STIPULATION REGARDING DISMISSAL OF ACTION BY PLAINTIFF ERIC SCHMIDT; ORDER THEREON

Dated:  November 21, 2013                CARROLL, BURDICK & McDONOUGH LLP


By      /s/ James W. Henderson, Jr.
    James W. Henderson, Jr.
    Attorneys for Plaintiffs
    JUAN ESPINOZA, PAUL MARQUEZ, AARON
    EPPERLY and ERIC SCHMIDT


Dated:  November 21, 2013                McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By      /s/ Michael G. Woods
    Michael G. Woods
    Attorneys for Defendant
    COUNTY OF FRESNO

**ORDER**

Pursuant to the above stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court orders that the claims alleged by Eric Schmidt in the above-entitled action are dismissed with prejudice.

IT IS SO ORDERED.

Dated:  **November 22, 2013**            **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE