UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESPINOZA, et al., | CASE NO. 1:07-cv-1145-BAM |
| Plaintiffs, | ORDER DIRECTING CLERK TO TERMINATE PLAINTIFF JAMES FOSTER WOMBLE |
| v. | |
| COUNTY OF FRESNO, | |
| Defendant. | |

Based on Plaintiffs' Second Amended Complaint (Doc. 27), James Foster Womble is no longer a plaintiff to this case, and is no longer a party to this action. The Clerk of the Court is directed to terminate Plaintiff James Foster Womble as a plaintiff in this matter.

IT IS SO ORDERED.

Dated:  **September 15, 2014**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

1