UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESPINOZA, PAUL MARQUEZ, AARON EPPERLY, and ERIC SCHMIDT,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF FRESNO,<br><br>　　　　Defendant.<br>_____ / | Case No. 1:07-cv-1145-BAM<br><br>**ORDER TO RECAPTION CASE** |

　　Plaintiff Eric Schmidt has been dismissed from this action, and therefore, the case should be re-captioned. Accordingly, IT IS HEREBY ORDERED the Caption for this case shall be as follows:

/./././

/././

/././

/././

1

| | |
|---|---|
| JUAN ESPINOZA, PAUL MARQUEZ, and AARON EPPERLY,<br><br>       Plaintiffs,<br><br>  v.<br><br>COUNTY OF FRESNO,<br><br>       Defendant.<br>_____/ | Case No. 1:07-cv-01145-BAM |

The Court FURTHER ORDERS that the future caption of all subsequent filings in this matter shall reflect the corrected caption as seen above.

IT IS SO ORDERED.

   Dated:   **September 15, 2014**            /s/ Barbara A. McAuliffe
                                                                          UNITED STATES MAGISTRATE JUDGE