# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESPINOZA, *et al*, | ) Case No.: 1:07-cv-1145-BAM |
| Plaintiffs, | ) ORDER AFTER SETTLEMENT |
| v. | ) |
| COUNTY OF FRESNO, | ) |
| Defendants. | ) |

Plaintiffs have filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than November 21, 2014,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters.

In addition, should settlement apply to the related cases, Plaintiffs shall file a Notice of Settlement in each case no later than November 21, 2014.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:   **November 3, 2014**              /s/ *Barbara A. McAuliffe*
                                                                 UNITED STATES MAGISTRATE JUDGE

1