# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JUAN ESPINOZA, PAUL MARQUEZ and AARON EPPERLY,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF FRESNO,<br><br>  Defendant. | Case No. 1:07-CV-01145 BAM<br><br>**DISMISSAL ORDER**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS ACTION** |

Pursuant to the stipulation filed between the parties (Doc. 260), this action is DISMISSED with prejudice. *See*, Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own fees and costs. Plaintiffs Juan Espinoza, Paul Marquez, and Aaron Epperly, have waived any right of appeal in this matter. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

  Dated:   **November 24, 2014**          /s/ *Barbara A. McAuliffe*          
                    UNITED STATES MAGISTRATE JUDGE